ACCEPTED
05-14-00214-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/25/2015 10:05:33 PM
LISA MATZ
CLERK

# 05-14-00214-CR

| | | |
|---|---|---|
| **ANTHONY T. SMITH** | § | IN THE **FIFTH DISTRICT** |
| | § | |
| vs | § | **COURT OF APPEALS** |
| | § | |
| STATE OF TEXAS | § | DALLAS, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/25/2015 10:05:33 PM
LISA MATZ
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S MOTION FOR REHEARING

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now, Anthony T. SMITH, appellant, and files this motion for an extension of **16** days in which to file his Appellate Motion for Rehearing. In support of this motion, Appellant would show the court the following:

### I.

Appellant entered a plea of not guilty to one charge of aggravated assault/ deadly weapon. A jury trial was held, the jury found him guilty. The court assessed punishment at 10 years confinement.

Timely appeal was made, and a motion for new trial was filed but no hearing was held.

This court filed an opinion on June 22, 2015.

### II.

The submission date for Appellant's Motion for Rehearing was **August 10, 2015**.

### III.

This Motion is within the 15 day extension of Rule 49.8.

### IV.

Appellant requests an extension of **16 days**.

### IV.

Appellant has filed one previous request for extension of time.

V.

Appellant's Motion is based upon the following facts: Appellant's counsel's computer hard drive crashed prior to the August 10th deadline for this submission and data on this appeal was unrecoverable for a period of more than two weeks.

VI.

WHEREFORE, petitioner prays the court grant this motion and extend the deadline for filing Appellant's Motion for Rehearing to **August 26th, 2015**.

Respectfully submitted,

William R. Barr
Attorney at Law
P.O.Box 595153
Dallas, Texas 75359-5153
(214) 417-4961
Bar Card No. 01802800

CERTIFICATE OF SERVICE

I hereby certify to the Court that a true copy of the above MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S MOTION FOR REHEARING was served on the District Attorney of Dallas County by email service on this **25th** day of **August**, 2015.

William R. Barr